UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :
                                             :   **MEMORANDUM & ORDER**
        v.                                   :   15-CR-580 (WFK)
                                             :
OMAR CHRISTOPHER MILLER,                     :
        also known as "Andy Fowl,"           :
                                             :
                Defendant.                   :
-----------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On Friday, May 28, 2021 at 7:47 P.M., the Court received Defendant's application for a modification of his conditions of release so that he could spend the night of Sunday, May 30, 2021 with his son. *See* ECF No. 118. Probation objected to the request because of its lateness. *Id.* On Saturday, May 29, 2021 at 1:20 A.M., the Court received the Government's supplemental motion informing the Court they did not object to the request. *See* ECF No. 119. This Court has not ruled on either motion.

The Court ORDERS defense counsel to inform the Court as to whether the Defendant violated his conditions of release.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　s/ WFK
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. WILLIAM F. KUNTZ, II
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

Dated: June 1, 2021
　　　　Brooklyn, New York

1